IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANTE MITCHELL : CIVIL ACTION
: NO. 09-4459
v. :
:
CITY OF PHILADELPHIA, et al. :

ORDER

AND NOW, this 29th day of March, 2011, after consideration of the motion for summary judgment filed by defendants the City of Philadelphia, Robert Redanauer and Thomas Strain and plaintiff Dante Mitchell's response it is ORDERED that:

1) the claims against the City of Philadelphia and Robert Redanauer are DISMISSED pursuant to a concession by plaintiff;

2) the motion for summary judgment is DENIED with respect to plaintiff's claims against Thomas Strain;

3) trial is SCHEDULED for May 9, 2011 at 10:00 A.M. in Courtroom 4A of the United States Courthouse, Philadelphia, PA;

4) motions in limine or other matters requiring the court's attention, if any, are to be filed no later than April 19, 2011;

5) amended points for charge and verdict sheets should be filed no later than April 19, 2011.

If the parties believe a settlement conference would be productive, they should contact my chambers (215-597-2750) promptly.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.